# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW HOPKINS, )<br>)<br>Plaintiff, )<br>) Case No. 1:21-cv-10725-JPO<br>v. )<br>)<br>NEOPHOTONICS CORPORATION, )<br>TIMOTHY S. JENKS, CHARLES J. ABBE, )<br>BANDEL CARANO, KIMBERLY Y. )<br>CHAINEY, YANBING LI, RAJIV )<br>RAMASWAMI, SHERI L. SAVAGE, )<br>MICHAEL J. SOPHIE, and IHAB TARAZI, )<br>)<br>Defendants. ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: January 27, 2022

**RIGRODSKY LAW, P.A.**

By: /s/ Gina M. Serra
Seth D. Rigrodsky
Timothy J. MacFall
Gina M. Serra
Vincent A. Licata
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
Email: sdr@rl-legal.com
Email: tjm@rl-legal.com
Email: gms@rl-legal.com
Email: vl@rl-legal.com

*Attorneys for Plaintiff*